# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

TONYA BOWLES, for herself
and all those similary situated,

      Plaintiffs,

v.

COUNTY OF WAYNE by its BOARD
OF COMMISSIONERS, also sometimes
known as CHARTER COUNTY OF
WAYNE by its BOARD OF
COMMISSIONERS,

      And

ERIC R. SABREE, in his official and
Personal capacity,

      Defendants.

Case No. 20-cv-12838
Hon. Linda V. Parker
Mag. Kimberly G. Altman

_____

## APPEARANCE

TO:    Clerk of the United States District Court for the
        Eastern District of Michigan

PLEASE ENTER AN APPEARANCE for David J. Shea and Shea Law Firm, PLLC on behalf of

Plaintiffs in the above-referenced matter.

Respectfully Submitted,

**SHEA LAW FIRM, PLLC**

By:     */s/ David J. Shea*
        David J. Shea (P41399)
        Shea Law Firm, PLLC
        Attorney for Plaintiffs
        26100 American Dr., 2nd Floor
        Southfield, MI 48034
        (248) 354-0224
        David.Shea@sadplaw.com

Dated: October 22, 2020

## NOTICE OF APPEARANCE

TO:     All Counsel of Record

PLEASE TAKE NOTICE that David J. Shea and Shea Law Firm, PLLC have this date entered an

Appearance on behalf of Plaintiffs.

Respectfully Submitted,

**SHEA LAW FIRM, PLLC**

By:     */s/ David J. Shea_____*
        David J. Shea (P41399)
        Shea Law Firm, PLLC
        Attorney for Plaintiffs
        26100 American Dr., 2nd Floor
        Southfield, MI 48034
        (248) 354-0224
        David.Shea@sadplaw.com

Dated: October 22, 2020