UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA BOWLES ET AL

                Plaintiff,

v.

COUNTY OF WAYNE ET AL

                Defendants.          File No:  20-cv-12838

_____

## NOTICE OF APPEARANCE OF COUNSEL & REQUEST FOR NOTICE

Please enter my appearance on behalf of Plaintiff in the above entitled matter.  I request notices by electronic filing only.

Dated: October 23, 2020

                    **The Law Office of Aaron D. Cox, PLLC**
                    /s/Aaron D. Cox, Esq.
                    Aaron D. Cox (P69346)
                    The Law Office of Aaron D. Cox, PLLC
                    23380 Goddard
                    Taylor, MI 48180
                    aaron@aaroncoxlaw.com