**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

Tonya Bowles

   Plaintiff,

               Case No. 20-cv-12838
v.              HON: Linda V. Parker

County of Wayne, et, al

   Defendant.

_____

MARK K. WASVARY, P.C.
Mark K. Wasvary (P51575)
Co-Counsel for Plaintiff
2401 W. Big Beaver Rd., Suite 100
Troy, MI 48084
248-649-5667

_____

### <u>APPEARANCE</u>

  Please take notice that the law office of Mark K. Wasvary, P.C. enters its

Appearance on behalf of Plaintiff, Tonya Bowles in regard to the above cause and

requests notice of all filings in the above captioned lawsuit.

      Respectfully submitted by:

      <u>/s/ Mark K. Wasvary</u>
      By: Mark K. Wasvary (P51575)
      MARK K. WASVARY, P.C.
      Co-Counsel for Plaintiff

1

2401 W. Big Beaver Rd., Suite 100
Troy, MI 48084
(248) 649-5667
mark@wasvarylaw.com

Dated: October 23, 2020

2