## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TONYA BOWLES, for herself
and all those similarly situated,

        Case No.:  20-cv-12838

        Plaintiff,

        Honorable Linda V. Parker

v.        Magistrate Judge Kimberly G. Altman

COUNTY OF WAYNE, et al.,

        Defendants.

---

## APPEARANCE OF KATHYRN J. HUMPHREY

TO:  Clerk of the Court
      Attorneys of Record

     Please enter the Appearance of Kathryn J. Humphrey of Dykema Gossett

PLLC as counsel of record for Defendants in the above-captioned matter.

     Please direct all future pleadings, notices, and correspondence accordingly.

        Respectfully submitted,

        **DYKEMA GOSSETT PLLC**

Date:  November 18, 2020      By: */s/ Kathryn J. Humphrey*
            Kathryn J. Humphrey (P32351)
            Attorneys for Defendants
            400 Renaissance Center, Suite 3700
            Detroit, MI 48243
            (313) 568-6848
            khumphrey@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, my assistant electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties and counsel of record.

*/s/ Kathryn J. Humphrey*