**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TONYA BOWLES, for herself
and all those similarly situated,

            Case No.:  20-cv-12838

       Plaintiffs,

            Honorable Linda V. Parker

v.

            Magistrate Judge Kimberly G. Altman

COUNTY OF WAYNE by its BOARD
OF COMMISSIONERS, *et al.*

       Defendants.

---

## <u>APPEARANCE OF SAMANTHA L. WALLS</u>

TO:   CLERK OF THE COURT
       ATTORNEYS OF RECORD

     Please enter the Appearance of Samantha L. Walls, of Dykema Gossett PLLC, as counsel of record for Defendants in the above-captioned matter.  Please direct all future pleadings, notices, and correspondence accordingly.

            Respectfully submitted,

            **DYKEMA GOSSETT PLLC**

          By: */s/Samantha L. Walls*
            Samantha L. Walls  (P75727)
            *Attorneys for Defendants*
            400 Renaissance Center
            Detroit, MI 48243
            (313) 568-6617
Date:  December 2, 2020     swalls@dykema.com

DYKEMA GOSSETT PLLC • 400 Renaissance Center, Detroit, Michigan 48243

120950.000004  4848-0804-7315.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I caused the foregoing document to be filed with the Clerk of Court using the Court's ECF system, which will send notification of such filing to all counsel of record.

By: */s/Samantha L. Walls*
Samantha L. Walls  (P75727)
**DYKEMA GOSSETT PLLC**
*Attorneys for Defendants*
swalls@dykema.com

DYKEMA GOSSETT PLLC • 400 Renaissance Center, Detroit, Michigan 48243

120950.000004  4848-0804-7315.1