## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TONYA BOWLES, for herself and all
those similarly situated,

      Plaintiff,

v.

COUNTY OF WAYNE by its BOARD
OF COMMISSIONERS also
sometimes known as CHARTER
COUNTY OF WAYNE by its BOARD
OF COMMISSIONERS

and

ERIC R. SABREE, in his official and
personal capacity,

      Defendants.

Case No.  20-12838

Honorable Linda V. Parker

Magistrate Judge Kimberly G. Altman

---

### INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS
_____

Exhibit 1:    *Rafaeli, LLC v. Oakland Cty*, 2020 Mich. LEXIS 1219 (July 17, 2020)

Exhibit 2:    Judgment of Foreclosure

Exhibit 3:    Deed to Joshua Bowles

Exhibit 4:    Michigan Senate Journal Excerpt