**EXHIBIT C**

# OAKLAND COUNTY TAX FORECLOSURE
## TAX SURPLUS PROCEEDS REQUEST TO OPT-OUT

**SEND TO:**
Simpluris, Inc.
P.O. Box 26170
Santa Ana, CA 92799
A postage paid, addressed envelope is enclosed

---

**MUST BE POSTMARKED NO LATER THAN** _____

Use this form to opt out of the settlement. It EXCLUDES you from this Class Action settlement. DO NOT use this form if you wish to remain in the Class Action settlement.

1. YOUR INFORMATION.

| | |
|---|---|
| First Name: | |
| Middle Initial: | |
| Last Name: | |
| Current Street Address: | |
| Current City: | |
| Current State: | |
| Current Zip Code: | |
| Phone Number: | |
| Email Address: | |

2. PROPERTY THAT WAS FORECLOSED.

| | |
|---|---|
| Street Address: | |
| City: | |
| Zip Code: | |
| Parcel/Tax ID number (if known): | |
| Year of Tax Foreclosure: | |

1

I understand that by opting out of the Class Action settlement, I will not be eligible to receive a payment as a result of the Settlement.

I do not wish to receive compensation under the terms of the Settlement or to otherwise participate in the Class Action.

## VERIFICATION AND SIGNATURE

I affirm under the laws of the United States and the laws of my state of residence that the information supplied in this opt out form is true and correct to the best of my knowledge and that this claim was executed on the date set forth below.

_____
Signature of Class Member

_____
Printed name of Class Member

Dated: _____

2