Case No. 23-1030

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

TONYA BOWLES, for herself and all those similarly situated; BRUCE TAYLOR, for himself and all those similarly situated

    Plaintiffs - Appellees

v.

ERIC R. SABREE, in his official and personal capacity; WAYNE COUNTY, MI BOARD OF COMMISSIONERS, also sometimes known as Charter County of Wayne by its Board of Commissioners

    Defendants- Appellants

and

OAKLAND COUNTY, MI BOARD OF COMMISSIONERS

    Defendant - Appellee

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                          **ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
                                          Deborah S. Hunt, Clerk

Issued: April 27, 2023